## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS—HOUSTON DIVISION

| | |
|---|---|
| **GC SERVICES LIMITED PARTNERSHIP**, a Texas limited partnership, | Case No. 4:10-cv-04059 |
| Plaintiff, | **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** |
| vs. | |
| **1021018 ALBERTA LTD.,** a Canadian limited liability company, doing business as JustThink Media, | |
| Defendant. | |

**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Calif. Bar No. 226112)
*Attorney in Charge (motion for admission pro hac vice pending)*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Defendant
**1021018 Alberta Ltd., d/b/a JustThink Media**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned, counsel of record for Defendant 1021018 Alberta Ltd., d/b/a JustThink Media ("Defendant"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

As of this date, other than the named parties, there is no such interest to report.

These representations are made to enable the judges of the Court to evaluate possible disqualification or recusal.


Respectfully submitted,
Dated: October 25, 2010                     **KRONENBERGER BURGOYNE, LLP**


By:   /s/ Karl S. Kronenberger
Karl S. Kronenberger
*Attorney in Charge (motion for admission pro hac vice pending)*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
karl@KBInternetLaw.com

Attorney for Defendant,
1021018 Alberta Ltd., d/b/a JustThink Media

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2010, I served a true and correct copy of the foregoing document on the parties listed below as follows:

*Attorneys for Plaintiff:*

William S. Helfand
Kellen R. Scott
Chamberlain, Hrdlicka, White Williams & Martin
1200 Smith Street, Suite 1400
Houston, TX 77002

| X | BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing. |
|---|---|

Dated: October 25, 2010          **KRONENBERGER BURGOYNE, LLP**


By:  /s/ Karl S. Kronenberger
Karl S. Kronenberger
*Attorney in Charge (motion for admission pro hac vice pending)*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:  (415) 955-1158
karl@KBInternetLaw.com

Attorney for Defendant,
1021018 Alberta Ltd., d/b/a JustThink Media

2