| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | |
|---|---|---|---|
| GC SERVICES LIMITED PARTNERSHIP, a Texas limited partnership ||||
| *versus* ||||
| 1021018 ALBERTA LTD., a Canadian limited liability company, dba JustThink Media ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Karl S. Kronenberger<br>Kronenberger Burgoyne, LLP<br>150 Post Street, Suite 520<br>San Francisco, CA 94108<br>415-955-1155<br>California 226112; Ohio 0061807;<br>Georgia  429898; New York 4631578 |
|---|---|
| Seeks to appear for this party: | 1021018 ALBERTA LTD. |
| Dated:    10/21/2010 | Signed:   *[signature: Karl S. Kronenberger]* |

| The state bar reports that the applicant's status is:                                                         . ||
|---|---|
| Dated: | Clerk's signature: |

| Order |
|---|

This lawyer is admitted *pro hac vice*.

Dated: _____

_____
United States District Judge